IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00348-RPM

EVANSTON INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

DAVID OWEN TRYBA ARCHITECTS, P.C., a Colorado corporation and
THE ARCHDIOCESE OF DENVER, a Colorado corporation sole,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/J. Chris Smith
 Deputy Clerk

    The Unopposed Motion by Defendant David Owen Tryba Architects, P.C. for Clarification of Minutes of Scheduling Conference, filed May 28, 2008 [12] is denied. The Court's rulings are in the record and counsel may obtain a transcript.

DATED:   May 2**9**<sup>th</sup>, 2008