IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00348-RPM

EVANSTON INSURANCE COMPANY, an Illinois corporation,

    Plaintiff,

v.

DAVID OWEN TRYBA ARCHITECTS, P.C., a Colorado corporation and
THE ARCHDIOCESE OF DENVER, a Colorado corporation sole,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice, filed September 4, 2008 [21], it is

ORDERED that this civil action is dismissed with prejudice and each party will bear its own costs and attorneys' fees.

Dated: September 4, 2008

                              BY THE COURT:

                              s/ Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge